# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. EIDEM,<br><br>          Plaintiff,<br><br>     v.<br><br>ALLISON, *et al.*,<br><br>          Defendants. | Case No.  1:23-cv-01198-JLT-BAM (PC)<br><br>ORDER GRANTING SUBSTITUTION OF ATTORNEY<br><br>(ECF No. 15) |

Plaintiff Anthony J. Eidem ("Plaintiff") is a state prisoner proceeding in this civil rights action pursuant to 42 U.S.C. § 1983.  Currently pending before the assigned District Judge are findings and recommendations to dismiss this action due to Plaintiff's failure to state a cognizable claim.  (ECF No. 13.)

On February 5, 2024, Plaintiff filed a proposed substitution of attorney to substitute D. Shawn Burkley as attorney of record in place of Plaintiff as a *pro se* litigant.  (ECF No. 15.)  The Court HEREBY ORDERS that the request for substitution, (ECF No. 15), is GRANTED.

IT IS SO ORDERED.

    Dated:  **February 5, 2024**             /s/ *Barbara A. McAuliffe*         
                                        UNITED STATES MAGISTRATE JUDGE

1