UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EIDEM, | Case No.  1:23-cv-01198-JLT-BAM |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO UPDATE CAPTION AND DOCKET |
| v. | |
| C. VANG and DOES 1-15, | |
| Defendants. | |

This action proceeds on Plaintiff's Second Amended Complaint against C. Vang and DOES 1-15.  (Doc. 4.)  Defendant C. Vang has filed an answer to the Second Amended Complaint.  (Doc. 38.)  Accordingly, the Clerk of the Court is directed to amend the caption and update the docket in this matter to reflect C. Vang and DOES 1-15 as the sole defendants.

IT IS SO ORDERED.

Dated:   **February 26, 2025**                    /s/ Barbara A. McAuliffe            _
                                                                             UNITED STATES MAGISTRATE JUDGE

1