UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EIDEM,<br><br>              Plaintiff,<br><br>       v.<br><br>C. VANG and DOES 1-15,<br><br>              Defendants. | Case No. 1:23-cv-01198-JLT-BAM<br><br>ORDER GRANTING STIPULATION FOR LEAVE TO TAKE DEPOSITION OF PLAINTIFF ANTHONY EIDEM, AN INCARCERATED PERSON<br><br>(ECF No. 52) |

   Plaintiff Anthony Eidem, a state prisoner, proceeds through counsel in this action on his second amended complaint against C. Vang and DOES 1- 15.

   Currently before the Court is the parties' stipulation pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) for leave to depose Plaintiff, a California inmate housed at Pelican Bay State Prison, and to take the deposition by remote means if Defendant so chooses.  (ECF No. 52.) The parties indicate that Defendant, with Plaintiff's consent, stipulates to the deposition of Plaintiff so that Defendant may continue to investigate Plaintiff's claims.  The parties further stipulate to conduct Plaintiff's deposition remotely, with the court reporter and the deponent in different locations.  (*Id.*)

   Based on the parties' stipulation, Defendant's request for leave to depose Plaintiff, an incarcerated person, and to depose Plaintiff remotely, with the court reporter and the deponent in different locations, is GRANTED.   Fed. R. Civ. P. 30(a)(2)(B).

IT IS SO ORDERED.

   Dated:   **October 27, 2025**            /s/ *Barbara A. McAuliffe*            
                                              UNITED STATES MAGISTRATE JUDGE

1