**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY J. EIDEM,<br><br>                    Plaintiff,<br><br>          v.<br><br>VANG, et al.,<br><br>                    Defendants. | No. 1:23-cv-01198 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 61) |

Anthony J. Eidem is a state prisoner proceeding *pro se*[1] and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. (Docs. 1, 2.) On January 29, 2026, Plaintiff filed a motion for temporary restraining order preventing prison officials from transferring him to a different prison.  (Doc. 60.) The assigned magistrate judge issued findings and recommendations that Plaintiff's request for a temporary restraining order be denied for multiple reasons, including that the events at issue in his motion are not related to the claims in his complaint. (Doc. 61.) Plaintiff filed timely objections on February 17, 2026. (Doc. 62). Additionally, on March 12, 2026, Plaintiff filed a motion to stay his transfer pending district judge review of the magistrate judge's findings and recommendations. (Doc. 67.) In his motion, Plaintiff moves the Court to issue an emergency order to temporarily stay his transfer from Pelican Bay State Prison to Salinas

---

[1] Plaintiff was represented by counsel until January 28, 2026. (ECF No. 58).

1

Valley State Prison while his findings and recommendations are pending *de novo review* by a district judge. (*Id.* at 1.) Plaintiff states he has litigation deadlines and recently underwent surgery and is on a medical hold. (*Id.* at 2)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, including Plaintiff's objections, which do not meaningfully address the magistrate judge's reasoning, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on February 9, 2026, (Doc. 61), are **ADOPTED IN FULL.**

2. Plaintiff's request for a temporary restraining order is **DENIED.**

3. Plaintiff's emergency motion to stay his transfer pending district judge review of findings and recommendations is **DENIED AS MOOT.**

IT IS SO ORDERED.

Dated:    **March 20, 2026**

UNITED STATES DISTRICT JUDGE