**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY J. EIDEM, | Case No.: 1:23-cv-1198 JLT EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENY MOTION FOR RELIEF FROM DISMISSING DEFENDANT GREEN |
| v. | |
| VANG, et al., | |
| Defendants. | (Doc. 74) |

Anthony J. Eidem is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 31, 2026, the magistrate judge issued Findings and Recommendations, recommending that Plaintiff's motion for relief from order dismissing Defendant Green be denied (Doc. 74.) Plaintiff filed timely objections on April 13, 2026. (Doc. 84.) Additionally, Plaintiff filed a motion for leave to file a limited third amended complaint for the sole purpose of re-adding Defendant PA B. Green on April 13, 2026. (Doc. 85.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, including the objections, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.    The Findings and Recommendations issued on March 31, 2026, are **ADOPTED** in full.

1

(Doc. 74.)

2.    Plaintiff's motion for relief from order dismissing Defendant Green is **DENIED** (Doc. 62.)

3.    Plaintiff's motion for leave to file a limited third amended complaint for the sole purpose of re-adding Defendant PA B. Green is **DENIED** as moot. (Doc. 85.)[1]

IT IS SO ORDERED.

Dated:    **May 15, 2026**

UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Plaintiff originally asserted only negligence claims against former Defendant Green. (*See* Doc. 35 at 3.) The Court dismissed that claim with prejudice. (Doc. 37.) Thus, the Court's denial of Plaintiff's motion to reconsider that dismissal is determinative of any effort to re-assert that claim.