**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY J. EIDEM,<br><br>      Plaintiff,<br><br>      v.<br><br>VANG, et al.,<br><br>      Defendants. | Case No.: 1:23-cv-1198 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY MOTION FOR LEAVE TO AMEND COMPLAINT<br><br>(Doc. 73) |

Anthony J. Eidem is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On March 30, 2026, the magistrate judge issued Findings and Recommendations, recommending that Plaintiff's motion for leave to amend the complaint be denied. (Doc. 73.) Plaintiff filed timely objections on April 9, 2026, along with a motion for leave to exceed the page limit for objections. (Docs. 80, 81.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, including the objections, the Court concludes the findings and recommendations are supported by the record. The claims he seeks to add to this action are wholly unrelated to his pending claims. Thus, the Court **ORDERS**:

1.      The Findings and Recommendations issued on March 30, 2026, are **ADOPTED** in full. (Doc. 73.)

///

1

2.     Plaintiff's motion for leave to amend the complaint (Doc. 64) is **DENIED.**

IT IS SO ORDERED.

Dated:   **May 15, 2026**

UNITED STATES DISTRICT JUDGE