UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EIDEM,<br><br>                   Plaintiff,<br><br>          v.<br><br>VANG, et al.<br><br>                   Defendants. | No. 1:23-cv-01198-JLT-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COMPLETE COPIES OF DOCKET, FILINGS, AND EXHIBITS AND REQUEST FOR TEMPORARY STAY OR EXTENSION OF DEADLINES<br><br>(ECF No. 94)<br><br>ORDER EXTENDING DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNTIL JULY 20, 2026 |

Plaintiff Anthony J. Eidem ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF Nos. 1, 2). This case concerns Plaintiff's claims against Defendants Vang and DOES 1-15 related to incidents that took place in 2022. (ECF Nos. 21 and 37).

On June 12, 2026, Plaintiff filed a document titled "Notice of Confiscation and Destruction of Legal Property; Request for Complete Copies of Docket, Filings and Exhibits; and Request for Stay or Extension of Deadlines." (ECF No. 94). Plaintiff requests "copies of the complete docket in this matter," including all orders and submissions by any party, along with a stay of "all pending deadlines, responses, and adverse procedural consequences." Plaintiff claims that "substantial portions" of his legal property were "rendered unavailable while plaintiff was incarcerated at Pelican Bay State Prison." (ECF No. 94, at p. 1).

The Court will deny Plaintiff's request for every document in this case. Plaintiff is

advised that the Clerk of Court does not ordinarily provide free copies of case documents to parties.  The Clerk charges $.50 per page for copies of documents.  *See* 28 U.S.C. § 1914(a).  Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees.

Moreover, Plaintiff does not describe what legal materials he needs.  Plaintiff also does not describe what he has done to obtain those materials, or how the institution responded to his request.

Additionally, upon review of the docket, the Court notes that Plaintiff has made numerous filings in this action within the prior month, including objections to two findings and recommendations currently pending in the case. (ECF Nos. 92 and 93). These filings show an ability to litigate this case.

The Court will also not grant a stay of all deadlines in this case for an indeterminate time. However, in an abundance of caution, the Court shall grant a thirty-day extension for Plaintiff to respond to Defendants' Motion for Summary Judgment filed on May 19, 2026. (ECF No. 91).

Accordingly, IT IS ORDERED that

1.  Plaintiff's Notice of Confiscation and Destruction of Legal Property; Request for Complete Copies of Docket, Filings and Exhibits; and Request for Stay or Extension of Deadlines" (ECF No. 94) is DENIED; and

2.  Plaintiff's response to Defendants' Motion for Summary Judgment (ECF No. 91) is due no later than July 20, 2026.

IT IS SO ORDERED.

Dated:    **June 15, 2026**                    /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

2